1  SEAN GAVIN, Bar No. 251124
   FOOS GAVIN LAW FIRM, P.C.
2  3947 Lennane Drive, Suite 120
   Sacramento, CA  95834
3  Telephone:    916.779.3500
   Fax No:       916.779.3508
4
   Attorneys for Plaintiff
5  JOSE RAMIREZ

6  RICHARD R. GRAY, Bar No. 071030
   DOUGLAS L. ROPEL, Bar No. 300486
7  LITTLER MENDELSON, P.C.
   500 Capitol Mall
8  Suite 2000
   Sacramento, CA  95814
9  Telephone:    916.830.7200
   Fax No.:      916.561.0828
10
   Attorneys for Defendant
11 BIMBO BAKERIES USA, INC.

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 | JOSE RAMIREZ, | Case No. 2:16-CV-00760-WBS-CKD |
|---|---|
| Plaintiff, | **STIPULATED JOINT REQUEST TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER** |
| v. | |
| BIMBO BAKERIES USA, INC., a California corporation; and DOES 1 through 50, inclusive, | Judge:   Hon. William B. Shubb |
| Defendant. | |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Firmwide:142602760.1 046057.1102                                     Case No. 2:16-CV-00760-WBS-CKD

STIPULATED JOINT REQUEST TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER

Plaintiff Jose Ramirez ("Plaintiff") and Defendant Bimbo Bakeries USA, Inc. ("Defendant") hereby jointly request, based on the showing of good cause discussed herein, that the Court modify the Status (Pretrial Scheduling) Order by vacating the Final Pretrial Conference date of July 17, 2017, and commencement of trial set for September 19, 2017, and resetting the Final Pretrial Conference to August 21, 2017, and commencement of trial to October 24, 2017.

## I. GOOD CAUSE EXISTS TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER

On August 1, 2016, the parties submitted a Joint Status Report pursuant to the Court's April 14, 2016, Order Re: Status (Pretrial Scheduling) Conference. In this Report, the parties proposed October 24, 2017, as the date for commencement of trial. (ECF 6)

A Status (Pretrial Scheduling) Conference was held in this matter on August 15, 2016. At the Conference, the Court brought to the parties' attention another employment litigation matter involving Defendant Bimbo Bakeries USA, Inc., and potential coordination of discovery aspects of the two cases was discussed. (Declaration of Douglas L. Ropel, ¶ 3) Following the Conference, the Court issued a Status (Pretrial Scheduling) Order, which assigned the dates of July 17, 2017, for the Final Pretrial Conference, and September 19, 2017, and commencement of Trial. (ECF 8)

Defendant's Assistant General Counsel, Mr. HP Baker, wishes to attend the trial of this matter as a representative of Bimbo Bakeries USA, Inc. (Declaration of Douglas L. Ropel, ¶ 4) Prior to submission of the parties' Joint Status report, Mr. Baker's availability to attend the trial in this matter was confirmed if it was scheduled to commence October 24, 2017. (*Id*.) Mr. Baker will be unavailable to attend the trial in this matter September 19 through October 17, 2017, due his observance of religious holidays. (*Id*.)

Upon learning of Mr. Baker's unavailability to attend trial in September 2017, Defendant met and conferred with Plaintiff's counsel, Mr. Sean Gavin. (*Id*. at ¶ 5) Mr. Gavin informed Defendant that Plaintiff is both available and agreeable to a commencement of trial in the matter on October 24, 2017, the date originally proposed by the parties in the Joint Status Report. (*Id*.)

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:142602760.1 046057.1102     2.

STPULATED JOINT REQUEST AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER

Counsel for the parties believe that good cause exists for a modification of the current Status (Pretrial Scheduling) Order. The modification will allow both parties to fully participate in the trial of this matter. Accordingly, Plaintiff and Defendant jointly request the Court modify the Status (Pretrial Scheduling) Order and assign the following dates:

Final Pretrial Conference: August 21, 2017

Trial: October 24, 2017

No other changes to the Status (Pretrial Scheduling) Order are requested.

## II. CONCLUSION

For the foregoing reasons, the parties jointly request the Court modify the Status (Pretrial Scheduling) Order and assign the proposed dates for the Pretrial Scheduling Conference and trial.

Dated: September 29, 2016                FOOS GAVIN LAW FIRM, P.C.

*s/s Sean Gavin* (as authorized on 9/28/16)
SEAN GAVIN
Attorneys for Plaintiff
JOSE RAMIREZ

Dated: September 29, 2016                *s/s Douglas L. Ropel*
RICHARD R. GRAY
DOUGLAS L. ROPEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BIMBO BAKERIES USA, INC.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:142602760.1 046057.1102        3.
STPULATED JOINT REQUEST AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER

**ORDER**

IT IS SO ORDERED that the following dates currently on the Court's calendar for July 17, 2017 (Final Pretrial Conference), and September 19, 2017 (Trial) are hereby continued to:

Final Pretrial Conference: <u>August 28, 2017 at 1:30 p.m.</u>

Trial: <u>October 24, 2017 at 9:00 a.m.</u>

Dated: September 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:142602760.1 046057.1102                    4.

STPULATED JOINT REQUEST AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER